# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
09/01/2022
CT Log Number 542234844

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | Process Served in Texas |
| **FOR:** | Wal-Mart Stores Texas, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MCAFEE SEAN SR. and MARY ANN MCAFEE, AS NEXT FRIEND OF S.M. // To: Wal-Mart Stores Texas, LLC |
| **DOCUMENT(S) SERVED:** | Citation(s), Return(s), Complaint(s) |
| **COURT/AGENCY:** | 127th Judicial District Court of Harris County, Texas, TX<br>Case # 202250889 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 06/21/2021, Walmart #1062 located at 150 W. El Dorado Blvd., Friendswood, TX |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 09/01/2022 postmarked on 08/29/2022 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Andre D'Shawn Evans<br>Andre Evans & Associates, PLLC<br>3003 South Loop West 108<br>Houston, TX 77054<br>281-883-8385 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/01/2022, Expected Purge Date: 09/06/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the



**CT Corporation**
**Service of Process Notification**
09/01/2022
CT Log Number 542234844

included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.





U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX
77004
AUG 29, 22
AMOUNT
**$9.17**
R2303S103197

1000   75201   -18




7017 1000 0001 0787 0243



Andre ASSOCIATES

3003 S. Loop West, SUITE 108
HOUSTON, TEXAS 77054
832-941-1282 TELEPHONE
832-778-8353 FACSIMILE

WALMART STORES TEXAS, LLC
C/O CT CORPORATION SYSTEM
1999 BRYAN, STE. 900
DALLAS, TEXAS 75201

RETURN RECEIPT
REQUESTED

CAUSE NO. 202250889

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 938992  TRACKING NO: 74040873  EML

| Plaintiff:<br>MCAFEE, SEAN (SR) (AS NEXT FRIENDS OF SEAN MCAFEE JR) (MINOR)<br>vs.<br>Defendant:<br>WALMART STORES TEXAS LLC | In The 127th<br>Judicial District Court of<br><br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   WALMART STORES TEXAS LLC (DOMESTIC CORPORATION) MAY BE SERVED BY AND THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFFS ORIGINAL COMPLAINT

This instrument was filed on August 17, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on August 19, 2022, under my hand and seal of said court.



Marilyn Burgess, District Clerk

Issued at the request of:

EVANS, ANDRE D'SHAWN
3003 SOUTH LOOP WEST 108
HOUSTON, TX 77054
281-883-8385
Bar Number: 24082970

Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: MONICA JACKSON

Tracking Number: 74040873 EML

## CAUSE NUMBER: 202250889

| | |
|---|---|
| PLAINTIFF: MCAFEE, SEAN (SR) (AS NEXT FRIENDS OF SEAN MCAFEE JR) (MINOR) | In the 127th |
| vs. | Judicial District Court of |
| DEFENDANT: WALMART STORES TEXAS LLC | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____          By_____
          Affiant                                                      Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public